Lisa McMahon-Myhran, WSB #27559
Jessica Bandlow, WSB #46026
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: 206-676-9640
Fax: 206-676-9659

The Honorable Judge Brian D Lynch
Chapter: 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 13-47460-BDL |
| BOB WHITE AND DIANE MARIE WHITE, | CHAPTER NO. 7 |
| Debtors. | AFFIDAVIT IN SUPPORT OF RESIDENTIAL CREDIT SOLUTIONS, INC.'S MOTION FOR RELIEF FROM STAY |

STATE OF TEXAS      )
                   ) ss.
COUNTY OF TARRANT  )

Lori Jones, being first duly sworn upon oath deposes and says:

1. I am employed as an Assistant Vice President-Servicing at Residential Credit Solutions, and am authorized to make this affidavit on behalf of Residential Credit Solutions. I make this affidavit based on my personal knowledge of the facts contained herein. My personal knowledge is based on my review of the Servicing Records described below.

2. In the regular performance of my job functions, I am familiar with the business records as maintained by Residential Credit Solutions for the purpose of servicing mortgage loans. These

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF
FROM STAY- 1
312 Jackson St
60300-00394-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

Case 13-47460-BDL    Doc 23    Filed 04/01/14    Ent. 04/01/14 10:33:00    Pg. 1 of 4

records (which typically include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the course of business activity conducted regularly by Residential Credit Solutions. It is the regular practice of Residential Credit Solutions's mortgage servicing business to make and update these records. In connection with making this affidavit, I have personally examined these business records reflecting data and information of BOB WHITE AND DIANE MARIE WHITE. The Servicing Records indicate as follows:

3. **The Secured Debt.** On or about May 4, 2004, BOB WHITE AND DIANE WHITE, made and delivered a Promissory Note in the original principal amount of $44,000.00, secured by a Deed of Trust on the Property commonly known as 312 Jackson St, Ryderwood, WA 98581 (the "Property"). True and correct copies of the endorsed Note, Deed of Trust, and Assignment of Deed of Trust are attached as Exhibits "1," "2," and "3," respectively.

4. RESIDENTIAL CREDIT SOLUTIONS, INC. is the holder of, and has possession of the original endorsed Note.

5. **The Default Under The Note.** Movant's Note and Deed of Trust are contractually due for the November 1, 2012 payment. As a result of the default, Movant desires to continue foreclosure action against the Property. As of February 28, 2014, the delinquency under the Note was approximately:

| | |
|---|---|
| Monthly Payments 11/01/2012-02/01/2014 @ $441.85 each | $7,069.60 |
| **Grand Total** | **$7,069.60** |

**These figures are estimates only, and subject to change as additional fees and costs may be incurred. In addition, additional payments may come due.**

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY- 2
312 Jackson St
60300-00394-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
( 2 0 6 ) 6 7 6 - 9 6 4 0

An additional payment of $441.85 will come due on March 1, 2014, and the 1st day of each month thereafter.

    6.    **The Debtors' Interest In The Property.**    The Debtors are the owners of record of the Property.

    7.    **Foreclosure Status**.  Foreclosure action had been initiated on this loan at the time of the bankruptcy filing.  The Notice of Default was issued on or about June 17, 2013. The Notice of Trustee's Sale was recorded on July 31, 2013.

    8.    **The Total Indebtedness**.  As of February 28, 2014, the total amount owing on this loan exclusive of late charges, escrow advances, attorney's fees and other fees and costs was approximately:

| | |
|---|---|
| Unpaid Principal Balance | $23,962.17 |
| Interest | $2,655.59 |
| **Grand Total** | **$26,617.76** |

**Please contact Movant's counsel for a full payoff quote.**

    9.    **The Filing Of The Instant Petition.**  On December 5, 2013, BOB WHITE AND DIANE MARIE WHITE filed the instant Chapter 7 Petition as Case No. 13-47460-BDL.

//
//
//
//
//
//
//

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY- 3
312 Jackson St
60300-00394-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

10. **The Costs of Sale.**  Based on my experience with the liquidation of properties, the customary "costs of sale" are 8% of the sales price of the Property.

DATED this 28 day of March, 2014.

/s/Lori Jones
Lori Jones Assistant Vice President-Servicing

SUBSCRIBED AND SWORN TO before me this 28 day of March, 2014 by Lori Jones.

/s/Nichole Duffield
NOTARY PUBLIC in and for
the State of Texas,
residing at 5621 Shadydell Dr. Fort Worth Texas 76135

/s/Nichole Duffield
(printed or typed name)

My appointment expires 02/09/2016

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF
FROM STAY- 4
312 Jackson St
60300-00394-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640