Entered on Docket May 5, 2014

**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 13-47460-BDL |
| BOB WHITE AND DIANE MARIE WHITE, | CHAPTER NO. 7 |
| Debtors. | ORDER FOR RELIEF FROM AUTOMATIC STAY |

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of RESIDENTIAL CREDIT SOLUTIONS, INC. and its successors and assigns, (hereinafter "Movant"), by its attorneys Robinson Tait, P.S., for an Order terminating the automatic stay of lien enforcement under Bankruptcy Code § 362 as it affects Movant and permitting Movant to proceed to enforce its lien against that parcel of real property described as follows:

> LOT 15, BLOCK 12, PLAT OF RYDERWOOD NO. 1, ACCORDING TO PLAT THEREOF RECORDED IN VOLUME 8 OF PLATS, PAGE 54, RECORDS OF COWLITZ COUNTY, STATE OF WASHINGTON.

commonly known as 312 Jackson St, Ryderwood, WA 98581;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay of lien enforcement is terminated as to any actions in the foreclosure of its collateral as it affects Movant, the Trustee, and the Successor Trustee of its Deed of Trust and that Movant is authorized to commence or

ORDER FOR RELIEF FROM STAY - 1
60300-00394-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

Case 13-47460-BDL    Doc 27    Filed 05/05/14    Ent. 05/05/14 16:14:19    Pg. 1 of 2

continue an action against said real property pursuant to the laws of the State of Washington, including but not limited to judicial and/or nonjudicial foreclosure, deed in lieu and eviction, if necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall be effective immediately, and the 14 day stay of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) is hereby waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement, deed in lieu or other workout/loss mitigation agreement and to contact the Debtors via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

///End of Order///

Presented by:

/s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, WSB #27559
Jessica Bandlow, WSB #46026
ROBINSON TAIT, P.S.
Attorneys for RESIDENTIAL CREDIT SOLUTIONS, INC. and its successors and assigns

ORDER FOR RELIEF FROM STAY - 2
60300-00394-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
( 2 0 6 )   6 7 6 - 9 6 4 0

Case 13-47460-BDL    Doc 27    Filed 05/05/14    Ent. 05/05/14 16:14:19    Pg. 2 of 2